# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEZIAH T. FURGIUELE, by and through his guardian ad litem, SARAH FURGIUELE | )    1:08-at-00417 ) ) |
| Plaintiff, | )    ORDER GRANTING PETITION TO )    APPOINT GUARDIAN AD LITEM ) |
| v. | )    (Document 4) ) |
| MICHAEL J. ASTRUE, | ) ) |
| Defendant. | ) ) |

The petition seeking to appoint Sarah Furgiuele as Guardian Ad Litem for Plaintiff Keziah T. Furgiuele, a minor, is GRANTED.

IT IS SO ORDERED.

**Dated:   September 22, 2008**      _____ **/s/ Gary S. Austin** _____
UNITED STATES MAGISTRATE JUDGE